# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **FERNANDO N. MENDEZ,** | ) |
| Petitioner, | ) |
| v. | ) 5:08-CV-1863-RDP |
| **CHERYL PRICE; THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA,** | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on June 16, 2009 recommending that the petition for writ of habeas corpus be denied.  The parties were allowed fifteen days in which to file objections.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this   29th   day of July, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE